JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shamar Jackson,<br><br>      Plaintiff,<br><br>   v.<br><br>Betty J. Lukowicz, an Individual; and Does 1-10,<br>      Defendants. | Case No.: 2:20-cv-05814-SVW-JPR<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 29, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's ("Plaintiff") action against Defendant Betty J. Lukowicz, ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 31, 2020

*/s/ Stephen V. Wilson*
Hon. Stephen V. Wilson
United States District Judge
Central District of California

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE